*Thursday, January 9, 1997*

## MERIT DOCKET

**96–2798. State ex rel. Adamson v. Brown Cty. Court of Appeals.**
In Procedendo and Prohibition. This cause originated in this court on the filing of a complaint for writs of procedendo and prohibition and was considered in a manner prescribed by law. Upon

consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed.

RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

MOYER, C.J., DOUGLAS and COOK, JJ., dissent and would grant an alternative writ.

## MISCELLANEOUS DISMISSALS